IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01297-MSK-MEH

RORY K. WAGNER, and
JOANN M. WAGNER,

    Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC., a Colorado corporation,
AURORA LOAN SERVICES LLC, a Colorado LLC,
NATIONSTAR MORTGAGE, LLC, a Texas LLC, and
MATT WATT, Director, Federal Housing Finance Agency, Conservator for the Federal Home Loan Mortgage Corporation, a Federal Corporation and protected person,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2015**.

    For good cause shown, the Joint Motion to Amend Scheduling Order [filed June 15, 2015; docket #90] is **granted**. The Scheduling Order shall be modified as follows:

| | |
|---|---|
| Discovery Deadline: | October 10, 2015 |
| Dispositive Motion Deadline: | November 14, 2015 |