IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01297-MSK-MEH

RORY K. WAGNER, and
JOANN M. WAGNER,

      Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC., a Colorado corporation,
AURORA LOAN SERVICES LLC, a Colorado LLC,
NATIONSTAR MORTGAGE, LLC, a Texas LLC, and
MATT WATT, Director, Federal Housing Finance Agency, Conservator for the Federal Home Loan Mortgage Corporation, a Federal Corporation and protected person,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2015**.

      The Joint Motion to Stay Discovery and Extend Discovery and Scheduling Order Deadlines [filed August 25, 2015; docket #102] is **denied** for failure to demonstrate good cause in seeking extensions of deadlines set forth in the Scheduling Order to dates uncertain.