IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01297-MSK-MEH

RORY K. WAGNER, and
JOANN M. WAGNER,

      Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC., a Colorado corporation,
AURORA LOAN SERVICES LLC, a Colorado LLC,
NATIONSTAR MORTGAGE, LLC, a Texas LLC, and
MATT WATT, Director, Federal Housing Finance Agency, Conservator for the Federal Home Loan
Mortgage Corporation, a Federal Corporation and protected person,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 14, 2015.**

      In light of Plaintiffs' filing of an Opposed Amended Motion to Dismiss on November 25, 2015 [*see* docket #115], Plaintiffs' Unopposed Motion to Dismiss with Prejudice [filed November 23, 2015; docket #110] is **denied as moot**.