IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01297-MSK-MEH

RORY K. WAGNER, and
JOANN M. WAGNER,

      Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC., a Colorado corporation,
AURORA LOAN SERVICES LLC, a Colorado LLC,
NATIONSTAR MORTGAGE, LLC, a Texas LLC, and
MATT WATT, Director, Federal Housing Finance Agency, Conservator for the Federal Home Loan Mortgage Corporation, a Federal Corporation and protected person,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2015**.

      Before the Court is Plaintiffs' Opposed Motion for Clarification/Scheduling Order on Motions [filed December 17, 2015; docket #125].  The Court construes the motion as a request for additional relief and **denies** the motion.

      Pursuant to the Court's Order at the Motion Hearing held on December 8, 2015, briefing regarding all motions discussed at the Hearing has been stayed to allow Plaintiffs and Defendants to attempt to resolve the issues.  *See* docket #123.  The Court will not, however, stay matters indefinitely without a showing of sufficient cause.  To the extent issues remain after the parties have pursued resolution, the Court will discuss briefing schedules and provide other clarification at the February 16, 2016 Status Conference.