IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01297-MSK-MEH | Date: | February 16, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                    *Counsel:*

RORY K. WAGNER, et al                            Frederick Newall

    Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC.
AURORA LOAN SERVICES, LLC             Dennis Lueck
NATIONSTAR MORTGAGE, LLC             Taylor Haywood
FEDERAL HOME LOAN MORTGAGE CORP.

    Defendants.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**10:12 a.m.**     **Court in session.**

Court calls case. Appearances of counsel. Discussion was held regarding the status of the case and possible settlement efforts.

**10:24 a.m.**     **Court in recess.**

**11:17 a.m.**     **Court in session.**

Appearances are continued. The record was SEALED from 11:18-11:20 a.m. to review settlement terms.

**ORDERED**:   The following motions are denied without prejudice:
        [109] MOTION for Leave to File a Second Motion for Summary Judgment,
        [112] MOTION for Sanctions,
        [114] MOTION for Sanctions Under 28 U.S.C. 1927 and the Inherent Power of
        the Court, and
        [115] Amended MOTION to Dismiss,

        The case is STAYED until April 1, 2016 for the parties to finalize settlement.

        Dismissal paper deadline:     April 1, 2016.

**11:22 a.m.**     **Court in recess.**     Hearing concluded.

Total in-court time    00:17

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.